UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICAELA ABAD-HERRERA,

                    Plaintiff,

-against-

FORMULA 1 CLEANERS, INC., et al.,

                    Defendants.

21cv01905 (JPO) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

       This case having been referred to this Court for general pretrial supervision, it is hereby

ORDERED as follows:

       1.      The Court will hold a telephonic initial pretrial conference in the above-captioned

case on July 7, 2021 at 10:00 a.m.  The parties are directed to call the following Toll-Free

Number:  877-411-9748 and use Access Code:  9612281.

       2.      The parties are directed to file, no later than June 30, 2021, a jointly proposed

discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  This submission

should address all of the matters set out in Rule 26(f)(3), and should specifically include

proposed deadlines for:

             a.      service of initial disclosures under Rule 26(a)(1);

             b.      service of initial document requests and interrogatories;

             c.      any motion for joinder of other parties or amendment of the pleadings;

       d.      completion of fact discovery; and

       e.      expert disclosures and the completion of expert discovery, if any.

Dated: New York, New York
      May 20, 2021

                               SO ORDERED

                               _____
                               DEBRA FREEMAN
                               United States Magistrate Judge

Copies to:

All counsel (via ECF)