# NUKK-FREEMAN & CERRA, PC
### EMPLOYMENT ATTORNEYS

December 6, 2021

**VIA ELECTRONIC FILING**

The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

      **RE:**    *Micaela Abad Herrera v. Formula 1 Cleaners, Inc., et al.*
              Civil Action No.: 1:21-cv-01905 (JPO) (DCF)
              *Request for Extension of Time to File Settlement Motion*

Dear Judge Oetken,

      This firm represents Defendants Formula 1 Cleaners, Inc. and Olga Sherman ("Defendants") in the above-referenced matter. We write jointly with Plaintiff to request an extension of time to file a motion regarding settlement approval pursuant to Your Honor's Order (ECF #31). The parties have been negotiating in good-faith, and have only very limited issues outstanding, which the parties anticipate resolving. The parties respectfully request an extension until **December 24, 2021**.

      Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                NUKK-FREEMAN & CERRA, P.C.

                                                Brian L. Tremer, Esq.

BT:bw
cc:     Clela Errington, Esq. (*Via ECF*)

26 Main Street, Suite 202 · Chatham, NJ 07928  |  550 West B Street, 4th Floor · San Diego, CA 92101
Phone 973.665.9100  |  nfclegal.com  |  Phone 619.292.0515