UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICAELA ABAD-HERRERA,
*individually and on behalf of others similarly situated*,
                         Plaintiff,

            -v-

FORMULA 1 CLEANERS, INC., *et al.*,
                         Defendants.

21-CV-1905 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 39-1.) The proposed settlement involves $9,000 to be allocated to Plaintiff Micaela Abad-Herrera in connection with his FLSA claims. (*Id.*) One-third of the settlement sum will be collected in attorney's fees and costs. (Dkt. No. 39, Dkt. No. 39-1.)

       The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). To that end, the proposed settlement at Docket Number 39 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

       The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: January 19, 2022
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge